**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7620

PEDRO DE LOS SANTOS,

Plaintiff - Appellant,

versus

NEWPORT NEWS POLICE DEPARTMENT, Virginia,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:06-cv-00367-LMB-BR)

Submitted: February 22, 2007        Decided: March 2, 2007

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Pedro De Los Santos, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pedro De Los Santos appeals the district court's order dismissing his complaint as time-barred. We have reviewed the record and find no reversible error. Accordingly, we deny De Los Santos' motion for the appointment of counsel and affirm for the reasons stated by the district court. <u>Santos v. Newport News Police Dep't</u>, No. 1:06-cv-00367-LMB-BR (E.D. Va. filed Aug. 22, 2006; entered Aug. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>